TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN







NO. 03-95-00010-CR







Ex Parte: Shannon Dwayne Simmons, Appellant







FROM THE DISTRICT COURT OF WILLIAMSON COUNTY, 26TH JUDICIAL DISTRICT


NO. 94-760-K26, HONORABLE BILLY RAY STUBBLEFIELD, JUDGE PRESIDING







PER CURIAM


 This is an appeal from an order of the district court denying relief on appellant's
writ of habeas corpus. Tex. R. App. P. 44. The cause was remanded to the district court for a
hearing when neither a statement of facts nor a brief was filed in this Court. Tex. R. App. P.
53(m), 74(l). At the hearing, appellant and his attorney withdrew appellant's notice of appeal. 
In addition, we have received a supplemental transcript containing the judgment of conviction in
the underlying prosecution. This renders moot the question of pretrial bail, which was the subject
of appellant's habeas corpus application.

 The appeal is dismissed.


Before Chief Justice Carroll, Justice Aboussie and Jones

Dismissed

Filed: April 19, 1995

Do Not Publish